IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01208-REB-MJW

EMI VIRGIN MUSIC, INC.,
ELLIOTT WOLFF MUSIC,
VIVA LA CUCARACHA MUSIC,
RENFIELD MUSIC PUBLISHING, INC.,
J. ALBERT & SON (USA) INC., and
EMI FULL KEEL MUSIC CO.,

Plaintiffs,

v.

STORMY MONDAY, LLC, and
DAVID T. BARNETT,

Defendants.

---

**PROPOSED ORDER GRANTING MOTION TO VACATE SHOW CAUSE HEARING
AND SETTLEMENT CONFERENCE** ( Docket No 19 )

---

Upon consideration of the Notice of Settlement and Unopposed Motion to Vacate the Show Cause Hearing and Settlement Conference, filed on October 15, 2008 (*doc. #14*) it is

ORDERED that the motion is GRANTED. The Show Cause Hearing and Settlement Conference currently set for October 22, 2008 at 3:00 p.m. is VACATED. The parties shall file their settlement/dismissal papers by November 14, 2008.

DATED: October 16TH, 2008.

BY THE COURT,

/s/ Michael J. Watanabe

~~United States Magistrate Judge~~
**MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO**

3939051_1.DOC